# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON, | CASE NO. 1:09-cv-01360-GSA PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT FIRST AMENDED COMPLAINT WITH PROOF OF EXHAUSTION OF REMEDIES DOCUMENTS |
| v. | |
| KEN CLARK, et al., | (Doc. 11) |
| Defendants. | |
| _____/ | |

Plaintiff Eric Wilton Burton is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his First Amended Complaint on February 25, 2010, in which he checked the locations on the form complaint to allege that he had exhausted his available administrative remedies prior to filing this action. (Doc. 10.) On March 4, 2010, Plaintiff filed a motion to supplement the First Amended Complaint with documents to show proof that he exhausted the available administrative remedies. (Doc. 11.)

Failure to exhaust is an affirmative defense, not a pleading requirement. Jones v. Bock, 549 U.S. 199 (2007) ("We conclude that failure to exhaust is an affirmative defense under the PLRA, and that inmates are not required to specially plead or demonstrate exhaustion in their complaints.") Thus, Plaintiff's mere allegation that he exhausted the administrative remedies that were available to him before filing the action suffice at the pleading stage. Plaintiff need not submit any documentary evidence of his exhaustion unless and until any of the named defendants files a motion to dismiss for failure to exhaust administrative remedies.

1    Accordingly, it is HEREBY ORDERED that Plaintiff's motion to supplement the First

2    Amended Complaint with documents to prove exhaustion of administrative remedies, filed

3    March 4, 2010, is DENIED.

4

5

6

7    IT IS SO ORDERED.

8    **Dated:   March 15, 2010**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE